UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEVE ADAMS,               )
                           )
          Plaintiff,       )
                           )       **JUDGMENT IN A CIVIL CASE**
     v.                    )
                           )       **CASE NO. 5:16-CV-946-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,        )
          Defendant.       )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 19] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 11] is DENIED, defendant's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on January 24, 2018, and Copies To:**
Vance Edward Jennings                (via CM/ECF electronic notification)
Elisa Donohoe                        (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
January 24, 2018                     (By) /s/ Nicole Briggeman
                                     Deputy Clerk